UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE W. CARLISLE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV00678 AGF |
| | ) |
| MISSOURI DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's motion to set aside the Court's Order referring this case for mediation, to which Plaintiff has filed no response, is **GRANTED**. [Doc. #42]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of June, 2007.